AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

David James MUNRO

**SUMMONS IN A CIVIL CASE**

V.

Michael Chertoff, et. al.

CAS.    Case: 1:07-cv-02220
Assigned To : Roberts, Richard W.
Assign. Date : 12/10/2007
Description: General Civil

TO: (Name and address of Defendant)

Jeffrey Taylor, Esq.
c/o Civil Process Clerk
United States Attorney's Office
555 4th Street, NW
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas Ragland, Esq.
Maggio & Kattar, P.C.
11 Dupont Circle, NW, Ste. 775
Washington, DC 20036

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON      **DEC 10 2007**

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 12/21/07 |
| NAME OF SERVER *(PRINT)* Thomas K. Ragland | TITLE Attorney | |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant.  Place where served: _____

_____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

_____

_____

XX  Other (specify):  <u>via certified U.S. mail, postage pre-paid</u>

_____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___12-21/07___
Date

Signature of Server
MAGGIO & KATTAR
11 Dupont Circle, NW, Suite 775
Washington, DC 20036

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

DER: *COMPLETE THIS SECTION*

Complete items 1, 2, and 3. Also complete
em 4 if Restricted Delivery is desired.
rint your name and address on the reverse
o that we can return the card to you.
ttach this card to the back of the mailpiece,
 on the front if space permits.

cle Addressed to:

ey Taylor
Civil Process Clerk
Attorney for the District of Columbia
h Street NW
gton, DC 20530

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X                                    ☐ Agent
                                     ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
DEC. 21                            2007

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☒ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)          ☐ Yes

umber
from service label)     7007 1490 0002 5598 7338

811, February 2004        Domestic Return Receipt          102595-02-M-1540